Certificate Number: 12433-PAM-DE-035033068

Bankruptcy Case Number: 20-03033



12433-PAM-DE-035033068

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on October 29, 2020, at 10:59 o'clock AM EDT, Eric W. Steinmetz completed a course on personal financial management given by internet by Solid Start Financial Education Services, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date:  October 29, 2020  By:  /s/Lance Brechbill

 Name:  Lance Brechbill

 Title:  Teacher