UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:  ERIC W. STEINMETZ            :   CHAPTER 13
        Debtor(s)                    :
                                     :
        CHARLES J. DEHART, III       :
        STANDING CHAPTER 13 TRUSTEE  :
        Movant                       :
                                     :
        vs.                          :
                                     :
        ERIC W. STEINMETZ            :
        Respondent(s)                :   CASE NO.   5-20-bk-03033


<u>TRUSTEE'S OBJECTION TO CHAPTER 13 PLAN</u>

        AND NOW, this   23rd   day of November, 2020, comes Charles J. DeHart, III,
Standing Chapter 13 Trustee, and objects to the confirmation of the above-referenced debtor(s)'
plan for the following reason(s):

        1.   Debtor(s)' plan violates 11 U.S.C. Sec. 1325(a)(4) in that the value of property
to be distributed under the plan on account of each allowed unsecured claim is less than the amount
that would be paid on such claim if the estate were liquidated under Chapter 7.   More specifically,
debtor has excess non-exempt equity in the following:

        a.   Joint claims

        WHEREFORE, Trustee alleges and avers that debtor(s) plan is nonconfirmable and
therefore Trustee prays that this Honorable Court will:

        a.   Deny confirmation of debtor(s) plan.
        b.   Dismiss or convert debtor(s) case.
        c.   Provide such other relief as is equitable and just.

                        Respectfully submitted:



                        /s/Charles J. DeHart, III
                        Standing Chapter 13 Trustee
                        8125 Adams Drive, Suite A
                        Hummelstown, PA 17036
                        (717) 566-6097

<u>CERTIFICATE OF SERVICE</u>

      AND NOW, this  30th  day of November, 2020, I hereby certify that I have served the within Objection by electronically notifying parties or by depositing a true and correct copy of the same in the United States Mail at Harrisburg, Pennsylvania, postage prepaid, first class mail, addressed to the following:

Vincent Rubino, Esquire
712 Monroe Street
P.O. Box 511
Stroudsburg, PA   18360

                              /s/Deborah A. Behney
                              Office of Charles J. DeHart, III
                              Standing Chapter 13 Trustee2