IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>Eric W. Steinmetz<br>**Debtor**<br>MidFirst Bank<br>**Movant**<br>vs.<br>Eric W. Steinmetz<br>**Debtor**<br>Amy Steinmetz<br>**Co-Debtor**<br>Jack N. Zaharopoulos<br>**Trustee** | CHAPTER 13<br><br>CASE NO.: 20-03033 MJC |

## ANSWER TO MOTION FOR RELIEF
## ON BEHALF OF DEBTOR

    AND NOW comes the Debtor, Eric W. Steinmetz, by and through his attorneys, and answers the Motion for Relief from Automatic Stay by MidFirst Bank, as follows:

1. Admitted.
2. Admitted.
3. Admitted.
4. Admitted.
5. Denied. Legal conclusion to which no response is required.
6. Denied. Legal conclusion to which no response is required.
7. Denied. After reasonable investigation, Debtor is without information sufficient to respond to this averment.
8. Denied. After reasonable investigation, Debtor is without information sufficient to respond to this averment.
9. Denied. Legal conclusion to which no response is required.
10. Denied. After reasonable investigation, Debtor is without information sufficient to respond to this averment.

11. Denied. After reasonable investigation, Debtor is without information sufficient to respond to this averment.
12. Denied. Legal conclusion to which no response is required.

**WHEREFORE,** Debtor respectfully requests an Order of this Court denying the Motion of MidFirst Bank for Relief from the Automatic Stay.

Respectfully Submitted,

**NEWMAN WILLIAMS, P.C.**

By: /s/ Robert J. Kidwell, Esq.
Robert J. Kidwell, Esq.
712 Monroe Street
Stroudsburg, PA 18360
P: 570-421-9090
F: 570-424-9739
rkidwell@newmanwilliams.com
*Attorney for Debtor*

Date: March 1, 2023