## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Eric W. Steinmetz aka Eric Wayne Steinmetz aka Eric Steinmetz<br>      Debtor(s)<br><br>MIDFIRST BANK, its successors and/or assigns<br>      Movant<br>  vs.<br><br>Eric W. Steinmetz aka Eric Wayne Steinmetz aka Eric Steinmetz<br>      Debtor(s)<br><br>Jack N. Zaharopoulos<br>      Trustee | CHAPTER 13<br><br><br>NO. 20-03033 MJC<br><br><br>11 U.S.C. Section 362 and 1301 |

### PRAECIPE TO WITHDRAW

### TO THE CLERK OF THE BANKRUPTCY COURT:

Kindly withdraw the Motion for Relief from Automatic Stay and Co-Debtor Stay of MIDFIRST BANK (Doc no. 49), which was filed with the Court on or about 02/17/2023 .

Dated: March 8, 2023

                   Respectfully submitted,

                   **/s/Michael P. Farrington**
                   Michael P. Farrington, Esq.
                   KML Law Group, P.C.
                   BNY Mellon Independence Center
                   701 Market Street, Suite 5000
                   Philadelphia, PA  19106
                   Phone: (215)-627-1322