# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Eric W. Steinmetz aka Eric Wayne Steinmetz aka Eric Steinmetz <br>                   Debtor(s) | CHAPTER 13 |
| MIDFIRST BANK <br>                   Moving Party <br>     vs. | NO. 20-03033 MJC |
| Eric W. Steinmetz aka Eric Wayne Steinmetz aka Eric Steinmetz <br>                   Debtor(s) | 11 U.S.C. Section 362 |
| Jack N. Zaharopoulos <br>                   Trustee | |

**CERTIFICATE OF CONCURRENCE**

Debtor has concurred with the request for relief in this Motion.

                                        Respectfully submitted,

                                        **/s/ Michael P. Farrington** <br>
                                        Michael P. Farrington, Esquire <br>
                                        Attorneys for Movant/Applicant