IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Eric W. Steinmetz aka Eric Wayne Steinmetz aka Eric Steinmetz<br>　　　　　　　　　　Debtor(s)<br><br>MIDFIRST BANK<br>　　　　　　　　　　Movant<br>　　　　vs.<br><br>Eric W. Steinmetz aka Eric Wayne Steinmetz aka Eric Steinmetz<br>　　　　　　　　　　Debtor(s)<br><br>Jack N. Zaharopoulos,<br>　　　　　　　　　　Trustee | BK NO. 20-03033 MJC<br><br>Chapter 13<br><br>Related to Claim No. 7 |

## CERTIFICATE OF SERVICE
## PRAECIPE TO WITHDRAW

I, Michael P. Farrington of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on <u>March 8, 2023</u>, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below;

<u>Debtor(s)</u>
Eric W. Steinmetz aka Eric Wayne Steinmetz aka Eric Steinmetz
1395 Kelly Road
Stroudsburg, PA 18360-7002

<u>Attorney for Debtor(s)</u>
Vincent Rubino, Esq.
712 Monroe Street (VIA ECF)
P.O. Box 511
Stroudsburg, PA 18360-0511

<u>Trustee</u>
Jack N. Zaharopoulos
8125 Adams Drive
Hummelstown, PA 17036

Method of Service:  electronic means or first class mail

Dated: <u>March 8, 2023</u>

　　　　　　　　　　　　　　　　　　　　　　　　**/s/Michael P. Farrington**
　　　　　　　　　　　　　　　　　　　　　　　　Michael P. Farrington Esquire
　　　　　　　　　　　　　　　　　　　　　　　　Attorney I.D.  329636
　　　　　　　　　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　　　　　　　　　BNY Mellon Independence Center
　　　　　　　　　　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　　　　　　　　　　Philadelphia, PA 19106