In re:  Case No. 20-03033-MJC
Eric W. Steinmetz  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5     User: AutoDocke     Page 1 of 3
Date Rcvd: Oct 20, 2023     Form ID: ordsmiss     Total Noticed: 32

The following symbols are used throughout this certificate:
| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 22, 2023:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| db | | Eric W. Steinmetz, 1395 Kelly Road, Stroudsburg, PA 18360-7002 |
| 5365868 | | CARDIONET INC, C/O BYL COLLECTION SERVICES LLC, PO BOX 569, MALVERN, PA 19355-0569 |
| 5365871 | + | FIVE STAR BANK, 55 N MAIN STREET, PO BOX 150, WARSAW, NY 14569-0150 |
| 5365878 | + | NATIONWIDE CREDIT INC, 2002 SUMMIT BLVD STE 600, ATLANTA, GA 30319-1559 |
| 5365881 | | ST. LUKE'S UNIVERSITY HEALTH NETWK., 801 OSTRUM ATREET, BETHLEHEM, PA 18015 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
| --- | --- | --- | --- | --- |
| cr | + | Email/Text: enotifications@santanderconsumerusa.com | Oct 20 2023 18:41:00 | Santander Consumer USA Inc. dba Chrysler Capital, P.O. Box 961245, Fort Worth, TX 76161-0244 |
| 5365865 | + | EDI: LCIICSYSTEM | Oct 20 2023 22:43:00 | AT&T MOBILITY, C/O IC SYSTEMS INC, 444 HIGHWAY 96 EAST, SAINT PAUL, MN 55127-2557 |
| 5365866 | + | EDI: CAPITALONE.COM | Oct 20 2023 22:43:00 | CAPITAL ONE BANK, PO BOX 30281, SALT LAKE CITY, UT 84130-0281 |
| 5365867 | | EDI: CAPITALONE.COM | Oct 20 2023 22:43:00 | CAPITAL ONE BANK, PO BOX 30285, SALT LAKE CITY, UT 84130-0285 |
| 5365869 | + | Email/Text: enotifications@santanderconsumerusa.com | Oct 20 2023 18:41:00 | CHRYSLER CAPITAL, PO BOX 961275, FORT WORTH, TX 76161-0275 |
| 5365870 | | Email/PDF: creditonebknotifications@resurgent.com | Oct 20 2023 18:44:40 | CREDIT ONE BANK, PO BOX 98873, LAS VEGAS, NV 89193-8873 |
| 5372405 | | Email/Text: FSBBankruptcy@fiiwarsaw.com | Oct 20 2023 18:41:00 | Five Star Bank, 100 Chestnut Street, 13th Floor, Rochester, NY 14604 |
| 5365872 | | Email/Text: bankruptcy@glsllc.com | Oct 20 2023 18:41:00 | GLOBAL LENDING SERVICES, PO BOX 10437, GREENVILLE, SC 29603 |
| 5372899 | | Email/Text: bankruptcy@glsllc.com | Oct 20 2023 18:41:00 | Global Lending Services LLC, 1200 Brookfield Blvd Ste 300, Greenville, South Carolina 29603 |
| 5365873 | | EDI: JEFFERSONCAP.COM | Oct 20 2023 22:43:00 | JEFFERSON CAPITAL SYSTEMS LLC, PO BOX 7999, SAINT CLOUD, MN 56302-9617 |
| 5365874 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Oct 20 2023 18:44:40 | MERRICK BANK, 10705 S JORDAN GTWY STE 200, SOUTH JORDAN, UT 84095-3977 |
| 5365875 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Oct 20 2023 18:44:46 | MERRICK BANK, PO BOX 660702, DALLAS, TX 75266-0702 |
| 5368687 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Oct 20 2023 18:44:40 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 5365876 | | Email/Text: BankruptcyEast@firstenergycorp.com | Oct 20 2023 18:41:00 | MET-ED, PO BOX 16001, READING, PA 19612 |
| 5365877 | | EDI: AISMIDFIRST | Oct 20 2023 22:43:00 | MIDLAND MORTGAGE, PO BOX 268959, OKLAHOMA CITY, OK 73126-8959 |
| 5533973 | | Email/Text: BankruptcyEast@firstenergycorp.com | Oct 20 2023 18:41:00 | Met-Ed, PO Box 3687, Akron, OH 44309-3687 |
| 5374114 | + | Email/Text: BankruptcyEast@firstenergycorp.com | Oct 20 2023 18:41:00 | Metropolitan Edison Company, 101 Crawford's Corner Rd, Bldg 1 Suite 1, Holmdel, NJ 07733-1976 |
| 5377601 | + | EDI: AISMIDFIRST | Oct 20 2023 22:43:00 | MidFirst Bank, 999 NorthWest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 5367574 | + | Email/Text: bankruptcydpt@mcmcg.com | Oct 20 2023 18:41:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 5365879 | + | Email/Text: nsm_bk_notices@mrcooper.com | Oct 20 2023 18:41:00 | PACIFIC UNION FINANCIAL, 1603 LBJ FREEWAY SUITE 500, FARMERS BRANCH, TX 75234-6071 |
| 5376952 | + | Email/Text: enotifications@santanderconsumerusa.com | Oct 20 2023 18:41:00 | Santander Consumer USA Inc., dba Chrysler Capital, P.O. Box 961245, Fort Worth, TX 76161-0244 |
| 5365882 | + | EDI: WTRRNBANK.COM | Oct 20 2023 22:43:00 | TD BANK USA NA, 7000 TARGET PKWY N, MS-NCB-0464, BROOKLYN PARK, MN 55445-4301 |
| 5365883 | + | EDI: VERIZONCOMB.COM | Oct 20 2023 22:43:00 | VERIZON, 500 TECHNOLOGY DRIVE, SUITE 300, WELDON SPRING, MO 63304-2225 |
| 5365884 | | Email/Text: edinkel@vikingservice.com | Oct 20 2023 18:41:00 | VIKING CLIENT SERVICES, PO BOX 59207, MINNEAPOLIS, MN 55459-0207 |
| 5379267 | | EDI: AIS.COM | Oct 20 2023 22:43:00 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |
| 5377586 | | EDI: VERIZONCOMB.COM | Oct 20 2023 22:43:00 | Verizon Wireless, PO Box 660108, Dallas, TX 75266-0108 |
| 5365885 | | EDI: BLUESTEM | Oct 20 2023 22:43:00 | WEBBANK/FINGERHUT, PO BOX 166, NEWARK, NJ 07101-0166 |

TOTAL: 27

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5365880 | ## | PEERLESS CREDIT SERVICES, PO BOX 518, MIDDLETOWN, PA 17057-0518 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 22, 2023        Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 20, 2023 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Brian C Nicholas | on behalf of Creditor MidFirst Bank bnicholas@kmllawgroup.com bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor MidFirst Bank bkgroup@kmllawgroup.com bkgroup@kmllawgroup.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| Janet M. Spears | on behalf of Creditor MidFirst Bank bkecfinbox@aldridgepite.com JSpears@ecf.courtdrive.com |
| Michael Patrick Farrington | on behalf of Creditor MidFirst Bank mfarrington@kmllawgroup.com |
| Robert J Kidwell, III | on behalf of Debtor 1 Eric W. Steinmetz rjkidwell3rd@gmail.com;mdaniels@newmanwilliams.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |
| Vincent Rubino | on behalf of Debtor 1 Eric W. Steinmetz lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;lbeaton@newmanwilliams.com;rkidwell@newmanwilliams.com;swiggins@newmanwilliams.com |
| William E. Craig | on behalf of Creditor Santander Consumer USA Inc. dba Chrysler Capital ecfmail@mortoncraig.com mortoncraigecf@gmail.com |

TOTAL: 9

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | | |
|---|---|---|
| Eric W. Steinmetz, <br> aka Eric Wayne Steinmetz, aka Eric Steinmetz, | Chapter | 13 |
| **Debtor 1** | Case No. | 5:20−bk−03033−MJC |

### Order

Upon consideration of the Motion to dismiss the case, and having afforded notice and an opportunity for hearing,

**ORDERED** that the case is hereby dismissed as to Debtor 1.

**Notwithstanding the dismissal of this case, the court retains jurisdiction over timely requests for payment of compensation.**

By the Court,

*(signature)*

Mark J. Conway, United States Bankruptcy Judge

Dated: October 20, 2023

ordsmiss (05/18)